JOSEPHINE BONN, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Defendant, and FIRST TRUST AND DEPOSIT COMPANY, Individually and as Trustee, Appellants.

Argued December 5, 1951; decided January 17, 1952.

*Philip T. Young* for appellants.

*Hilbert I. Greene* for respondent.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: LEWIS, J.